IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 5:10-CV-329-FL

| | | |
|---|---|---|
| STEPHANIE AVERY, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| RBC BANK, | ) ) | |
| Defendants. | ) ) ) | |

This matter comes now before the court upon defendant's motion to stay all proceedings pending action by the United States Judicial Panel on Multidistrict Litigation (DE # 18), to which plaintiff has responded in opposition. Good cause having been shown why the court should stay this matter pending ruling on the transfer of this action for inclusion in *In re: Checking Account Overdraft Litigation*, MDL No. 2036, currently pending in the Southern District of Florida, the motion is ALLOWED. The case is stayed until ruling issues on the transfer of this case.

SO ORDERED, this the 4th day of October, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge